UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20609-BLOOM/Elfenbein

PLUGINZ KEYCHAINS LLC AND
MIKE STRICKLIN,

    Plaintiffs,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiffs' Renewed Motion for Entry of Final Default Judgment ("Renewed Motion"), filed on June 17, 2025. ECF No. [69]. The Court granted the Renewed Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this Final Default Judgment.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is entered** in favor of Plaintiffs, PLUGINZ KEYCHAINS and MIKE STRICKLIN ("Plaintiffs"), and against Defendants, Individuals, Partnerships, or Unincorporated Associations identified on Schedule A hereto (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell unauthorized and unlicensed products which bear Plaintiffs' registered trademarks and/or embody the design(s) of Plaintiffs' patent as defined in Paragraphs 1 and 2 of the Complaint ("PLUGINZ KEYCHAINS Trademarks and Patent"), ECF No. [1];

    b.    From making, using, selling, importing, and/or offering to sell products that bear and/or embody U.S. Trademark Registration Nos. 5,312,729, 5,370,972, and 5,370,973 and/or U.S. Patent No. D745,262S; and

    c.    From:

        i.    passing off, inducing, or enabling others to sell or pass off any product as a genuine PLUGINZ KEYCHAINS product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' PLUGINZ KEYCHAINS Trademarks and/or Patent;

        ii.    committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

        iii.    further infringing Plaintiffs' PLUGINZ KEYCHAINS Trademarks and/or Patent, and damaging Plaintiffs' goodwill;

        iv.    shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of,

in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear and/or embody or otherwise infringe Plaintiffs' PLUGINZ KEYCHAINS Trademarks and/or Patent or any reproductions or colorable imitations thereof;

v. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Internet Stores, or any other seller identity or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit PLUGINZ KEYCHAINS products;

vi. operating and/or hosting websites at the Defendant Internet Stores or any other seller identities registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product infringing Plaintiffs' PLUGINZ KEYCHAINS Trademarks and/or Patent or any reproductions or colorable imitations thereof that is not a genuine PLUGINZ KEYCHAINS Product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' PLUGINZ KEYCHAINS Trademarks and/or Patent; and

vii. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth

above.

(2) Additional Equitable Relief:

a. Upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Defendant Internet Stores"), including but not limited to Hong Kong Limited, which operates the AliExpress.com platform, Alibaba, Amazon, DHgate, eBay, Etsy, Shein, Temu, Walmart, and ContextLogic, Inc., which operates the Wish platform, shall permanently remove any and all listings and associated images of goods infringing the PLUGINZ KEYCHAINS Trademarks and/or Patent via the e-commerce stores operating under the Defendant Internet Stores, and any other listings and images of goods infringing the PLUGINZ KEYCHAINS Trademarks and/or Patent associated with the same sellers or linked to any other alias seller identification names or e-commerce stores being used and/or controlled by Defendants to promote, offer for sale, and/or sell goods infringing the PLUGINZ KEYCHAINS Trademarks and/or Patent; and

b. Upon Plaintiffs' request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of Defendants' goods infringing the PLUGINZ KEYCHAINS Trademarks and/or Patent, including but not limited to Hong Kong Limited, which operates the AliExpress.com platform, Alibaba, Amazon, DHgate, eBay, Etsy, Shein, Temu, Walmart, and ContextLogic, Inc., which operates the Wish platform, shall permanently cease fulfillment of and sequester those goods, and surrender the same to Plaintiffs.

(3) Pursuant to 35 U.S.C. §§ 289, 284, Plaintiffs are awarded enhanced statutory damages and/or lost profits from the infringement of Plaintiffs' Design Patent in the amounts reflected in the Schedule A attached hereto.

(4) Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

a. Plaintiffs are awarded damages of $200,000.00 against 35 Defendants, identified in the Schedule A attached hereto, for which let execution issue, based upon the Court's finding that the Defendants infringed at least one trademark on one type of good. The Court considered both the willfulness of the Defendants' conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

(5) All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to, Alibaba Group d/b/a Alibaba.com and Aliexpress.com ("Alibaba"), Amazon Payment Systems, Inc. and Amazon.com, Inc. ("Amazon"), Contextlogic, Inc. ("Wish"), dhgate.com ("DHGate"), eBay, Inc. ("eBay"), etsy.com ("Etsy"), shein.com ("Shein"), Temu.com ("Temu"), Walmart.com ("Walmart"), and their related companies and affiliates, are to be immediately (within 5 business days) transferred by the previously referred to financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms and by Defendant, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, bank, escrow services, money transmitters, or marketplace platforms, including but not limited to Alibaba, AliExpress, Alipay, DHgate, Wish, Amazon, eBay, Etsy, Shein, Temu, Walmart, and/or their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to Plaintiffs.

(6) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(7) The bond posted by Plaintiffs in the amount of $5,000.00 is ordered released by the Clerk.

(8) Plaintiffs shall serve a copy of the Order on Renewed Motion for Entry of Final Default Judgment and this Order on each Defendant via their corresponding email address and/or online contact form or other means of electronic contact provided on the e-commerce stores and websites operating under the respective Seller IDs and Defendant Internet Stores, or by providing copies by email to the marketplace platform or image hosting website, for each of the Seller IDs or the Defendant Internet Stores so that they, in turn, notify each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court.

(9) In addition, Plaintiffs shall post copies the Order on Renewed Motion for Entry of Final Default Judgment and this Order on Plaintiffs' Serving Notice Website. *See* ECF No. [14] at 11.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 11, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

Guy Shimron
9 Golomb st Kefar Sava 4435709
Israel
PRO SE

Case No. 25-cv-20609-BLOOM/Elfenbein

## SCHEDULE A

| DOE No. | Defendant Seller Name | Defendant Marketplace | Trademark Infringement Damages | Design Patent Infringement Damages | Total Damages Awarded |
|---|---|---|---|---|---|
| 1 | CBK1688 Store | https://www.aliexpress.com/store/1103837713 | | $750.00 | $750.00 |
| 2 | ECOHOUSE Store | https://www.aliexpress.com/store/1101959710 | | $750.00 | $750.00 |
| 3 | ICERAY DMX512 Official Store Store | https://www.aliexpress.com/store/1103011240 | | $750.00 | $750.00 |
| 4 | Jason Star Store | https://www.aliexpress.com/store/1103180356 | $ 200,000.00 | $750.00 | $200,750.00 |
| 5 | JUSHANG Store Store | https://www.aliexpress.com/store/1103322468 | | $750.00 | $750.00 |
| 6 | Kitchenware Helper Store | https://www.aliexpress.com/store/1101754683 | $ 200,000.00 | $750.00 | $200,750.00 |
| 7 | Mold Official Store | https://www.aliexpress.com/store/1102884601 | | $750.00 | $750.00 |
| 8 | Shop1102212642 Store | https://www.aliexpress.com/store/1102208643 | $ 200,000.00 | $750.00 | $200,750.00 |
| 9 | Shop1103525157 Store | https://www.aliexpress.com/store/1103538026 | | $750.00 | $750.00 |
| 10 | Shop1103771128 Store | https://www.aliexpress.com/store/1103771128 | $ 200,000.00 | $750.00 | $200,750.00 |
| 11 | Shop1103839437 Store | https://www.aliexpress.com/store/1103842466 | | $750.00 | $750.00 |
| 12 | Shop1104048046 Store | https://www.aliexpress.com/store/1104046039 | | $750.00 | $750.00 |
| 13 | Shop1104166335 Store | https://www.aliexpress.com/store/1104152387 | $ 200,000.00 | $750.00 | $200,750.00 |
| 14 | Shop1104205742 Store | https://www.aliexpress.com/store/1104214690 | | $750.00 | $750.00 |
| 15 | Shop1104207043 Store | https://www.aliexpress.com/store/1104211042 | $ 200,000.00 | $750.00 | $200,750.00 |
| 16 | Shop1104212590 Store | https://www.aliexpress.com/store/1104213608 | $ 200,000.00 | $750.00 | $200,750.00 |
| 17 | Shop1104215657 Store | https://www.aliexpress.com/store/1104217320 | | $750.00 | $750.00 |
| 18 | Shop1104217629 Store | https://www.aliexpress.com/store/1104229009 | | $750.00 | $750.00 |
| 19 | Shop1104262217 Store | https://www.aliexpress.com/store/1104262218 | | $750.00 | $750.00 |
| 20 | Shop1104271858 Store | https://www.aliexpress.com/store/1104277869 | | $750.00 | $750.00 |

| DOE No. | Defendant Seller Name | Defendant Marketplace | Trademark Infringement Damages | Design Patent Infringement Damages | Total Damages Awarded |
|---|---|---|---|---|---|
| 21 | Shop911227083 Store | https://www.aliexpress.com/store/1101589191 | | $750.00 | $750.00 |
| 24 | XiaoYan Liang | https://www.amazon.com/sp?seller=A19LIAN6TBUJ47 | | $17,514.69 | $17,514.69 |
| 25 | ZhaoYUMENG | https://www.amazon.com/sp?seller=AKWD7WKNDPMER | $ 200,000.00 | $750.00 | $200,750.00 |
| 26 | a674 | https://www.dhgate.com/store/about-us/21819289.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 27 | abfl | https://www.dhgate.com/store/about-us/21748718.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 28 | aiyueele10 | https://www.dhgate.com/store/about-us/21750230.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 29 | cpqp | https://www.dhgate.com/store/about-us/21818709.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 30 | d1fs | https://www.dhgate.com/store/about-us/21819758.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 31 | dold | https://www.dhgate.com/store/about-us/21818386.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 32 | dpfa | https://www.dhgate.com/store/about-us/21819362.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 33 | e80c | https://www.dhgate.com/store/about-us/21818141.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 34 | eerj | https://www.dhgate.com/store/about-us/21819081.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 35 | fzcte4 | https://www.dhgate.com/store/about-us/21751131.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 36 | hjek | https://www.dhgate.com/store/about-us/21819752.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 37 | kttv | https://www.dhgate.com/store/about-us/21818478.html | $ 200,000.00 | $750.00 | $200,750.00 |

| DOE No. | Defendant Seller Name | Defendant Marketplace | Trademark Infringement Damages | Design Patent Infringement Damages | Total Damages Awarded |
|---|---|---|---|---|---|
| 38 | nanna11 | https://www.dhgate.com/store/about-us/21815071.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 39 | spenceri | https://www.dhgate.com/store/about-us/21750880.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 40 | tlpn | https://www.dhgate.com/store/about-us/21818375.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 41 | ujch | https://www.dhgate.com/store/about-us/21819311.html | | $750.00 | $750.00 |
| 42 | wedswty998 | https://www.dhgate.com/store/about-us/21815240.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 43 | xklv | https://www.dhgate.com/store/about-us/21819091.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 44 | yani3 | https://www.dhgate.com/store/about-us/21814887.html | $ 200,000.00 | $750.00 | $200,750.00 |
| 45 | Alon Stikalro | https://www.ebay.com/usr/alonstikalro | $ 200,000.00 | $750.00 | $200,750.00 |
| 46 | craziest_deals24 | https://www.ebay.com/usr/craziest_deals24 | | $750.00 | $750.00 |
| 47 | ezbuydeals_1 | https://www.ebay.com/usr/ezbuydeals_1 | | $750.00 | $750.00 |
| 48 | kaishengchen-1 | https://www.ebay.com/usr/kaishengchen-1 | | $750.00 | $750.00 |
| 49 | kome0-16 | https://www.ebay.com/usr/kome016 | $ 200,000.00 | $750.00 | $200,750.00 |
| 52 | olgaaka | https://www.ebay.com/usr/olgaaka | | $750.00 | $750.00 |
| 53 | panda_sh0p | https://www.ebay.com/usr/panda_sh0p/ | | $750.00 | $750.00 |
| 54 | rotgo_56 | https://www.ebay.com/usr/rotgo_56 | $ 200,000.00 | $750.00 | $200,750.00 |
| 56 | FreddieArtGallery | https://www.etsy.com/in-en/shop/FreddieArtGallery | $ 200,000.00 | $764.67 | $200,764.67 |
| 57 | MagicMixMarket | https://www.etsy.com/in-en/shop/MagicMixMarket | | $7,768.98 | $7,768.98 |
| 58 | TheRackeet | https://www.etsy.com/in-en/shop/TheRackeet | | $39,793.41 | $39,793.41 |

| DOE No. | Defendant Seller Name | Defendant Marketplace | Trademark Infringement Damages | Design Patent Infringement Damages | Total Damages Awarded |
|---|---|---|---|---|---|
| 61 | FSTNICETED | https://us.shein.com/store/home?store_code=4968772678 | | $750.00 | $750.00 |
| 63 | YEDSWWQAS | https://us.shein.com/store/home?store_code=6763100391 | | $750.00 | $750.00 |
| 64 | yongyouwopinshishangmtian | https://us.shein.com/store/home?store_code=1760681732 | | $750.00 | $750.00 |
| 65 | HHMG | https://www.temu.com/hhmg-m-634418216810540.html | | $750.00 | $750.00 |
| 66 | HHMG ONEshop | https://www.temu.com/hhmg--m-634418217152683.html | | $750.00 | $750.00 |
| 67 | Realsin | https://www.temu.com/realsin-m-634418215357650.html | | $750.00 | $750.00 |
| 68 | Red Mansion Shop | https://www.temu.com/red-mansion-shop-m-634418216356404.html | | $750.00 | $750.00 |
| 71 | TJ surpassing | https://www.temu.com/tj--m-634418213450826.html | | $750.00 | $750.00 |
| 72 | ushophoues | https://www.temu.com/ushophoues-m-634418217731572.html | | $750.00 | $750.00 |
| 73 | YueElite | https://www.temu.com/yueelite-m-634418216998461.html | | $750.00 | $750.00 |
| 74 | Batte Forte | https://www.walmart.com/global/seller/102528709 | | $750.00 | $750.00 |
| 76 | chengyishangmao | https://www.walmart.com/reviews/seller/102521660 | $ 200,000.00 | $750.00 | $200,750.00 |
| 79 | ERUWIQUIEEQIOWRU | https://www.walmart.com/global/seller/101645284 | | $750.00 | $750.00 |
| 81 | Fire Boom | https://www.walmart.com/global/seller/102489569 | | $750.00 | $750.00 |
| 82 | foshanshijiahouyushangmao | https://www.walmart.com/reviews/seller/102486404 | $ 200,000.00 | $750.00 | $200,750.00 |
| 85 | Hilehuti | https://www.walmart.com/global/seller/101570562 | | $750.00 | $750.00 |
| 87 | kangyixingdianzi | https://www.walmart.com/reviews/seller/101632086 | $ 200,000.00 | $750.00 | $200,750.00 |

10

Case No. 25-cv-20609-BLOOM/Elfenbein

| DOE No. | Defendant Seller Name | Defendant Marketplace | Trademark Infringement Damages | Design Patent Infringement Damages | Total Damages Awarded |
|---|---|---|---|---|---|
| 88 | KUASDU | https://www.walmart.com/global/seller/101651414 | | $4,158.00 | $4,158.00 |
| 90 | KUOZHUOW | https://www.walmart.com/reviews/seller/102513085 | | $750.00 | $750.00 |
| 92 | liupengmaoyi | https://www.walmart.com/global/seller/102496918 | | $750.00 | $750.00 |
| 93 | mailuoqiye | https://www.walmart.com/global/seller/102628997 | $ 200,000.00 | $750.00 | $200,750.00 |
| 94 | Malibure | https://www.walmart.com/global/seller/101574073 | | $750.00 | $750.00 |
| 99 | shenzhen zhenfengshangmao you xian gong si | https://www.walmart.com/global/seller/101692559 | $ 200,000.00 | $779.76 | $200,779.76 |
| 102 | Shuzhi Small Shop | https://www.walmart.com/global/seller/102514418 | | $750.00 | $750.00 |
| 103 | Springxwear | https://www.walmart.com/global/seller/102542629 | | $750.00 | $750.00 |
| 107 | XIANFENG GROUP | https://www.walmart.com/global/seller/101680904 | | $750.00 | $750.00 |
| 108 | XIYUNO | https://www.walmart.com/global/seller/102484224 | | $750.00 | $750.00 |
| 109 | Yijieelectronic | https://www.walmart.com/global/seller/101593777 | | $750.00 | $750.00 |
| 110 | Yzjmsha | https://www.walmart.com/reviews/seller/102584959 | | $750.00 | $750.00 |
| 111 | Zynic | https://www.walmart.com/global/seller/101567270 | | $750.00 | $750.00 |